*Form 242* (3/23)–doc 12 – 11

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: )<br>   Angela N. Griffin                     )<br>                                )<br>                                )<br>   Debtor(s).                         )<br>                                )<br>                                ) | Case No. 26–10405–djb<br><br>Chapter: 13 |

## NOTICE OF INACCURATE FILING

Re: Doc.# [11] Employee Income Records

The above pleading was filed in this office. Please be advised that the document(s) filed contains a deficiency as set forth below:

- ☐ Debtor's name does not match case number listed
- ☐ Debtor's name and/or case number (is) are missing
- ☐ Wrong PDF document attached
- ☐ PDF document not legible
- ☐ Electronic Signature missing
- ☐ Landlord information missing and/or proof of service not filed
- ☑ Other: Debtors name is missing and incorrect case number

In order for this matter to proceed, please submit the above noted correction on or before March 3, 2026, otherwise, the matter will be referred to the Court.

Date: February 17, 2026

For The Court

Mohung Wong
Clerk of Court