## Bankruptcy Proof of Claim: ▮▮▮▮▮  Account Data Views: ▮▮▮▮

| Borrower: | GRIFFIN,ANGELA FOSTER | Address: | 31 WESTVIEW ST | Prin Bal: | $173,410.77 | Investor Type: | Other |
|---|---|---|---|---|---|---|---|
| Co-Borrower Name: | | City: | PHILADELPHIA | Add Prin Bal: | $0.00 | Investor #: | |
| Due Date: | 10/01/2023 | State: | PA | Account Type: | First Mortgage - Conventional Without PMI | Investor Account #: | |
| Last Pmt Appd On: | 02/03/2026 | Zip Code: | 19119 | Total Pmt Amt: | $2,070.78 | PLS Client ID: | |

## Pre-Petition Claim

### Pre-Petition Claim

| | | | | |
|---|---|---|---|---|
| Petition Claim Date: | 02/06/2026 | Petition Acknowledge Date: | | $60,673.75 |
| Confirmation Hearing Date: | | Petition Claim Amount: | | $60,673.75 |
| Petition Confirmed Amount: | $60,673.75 | Preliminary: | | Yes |
| Principal Balance: | $173,410.77 | Pre-Petition Claim Required: | | Yes |
| Revised Claim Date: | | | | |

#### Payment Schedule For Pre-Petition

Row Count = 5

| Sequence Number | From Date | To Date | Payment Amount | Payments Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| 1 | 10/01/2023 | 08/01/2024 | $2,070.78 | $22,778.58 | 0 | $0.00 | $0.00 |
| 2 | 09/01/2024 | 09/01/2024 | $1,977.92 | $1,977.92 | 0 | $0.00 | $0.00 |
| 3 | 10/01/2024 | 08/01/2025 | $1,998.33 | $21,981.63 | 0 | $0.00 | $0.00 |
| 4 | 09/01/2025 | 11/01/2025 | $2,035.95 | $6,107.85 | 0 | $0.00 | $0.00 |
| 5 | 12/01/2025 | 01/01/2026 | $2,049.68 | $4,099.36 | 0 | $0.00 | $0.00 |
| Pymt and Lt Chg Totals: | 10/01/2023 | 01/01/2026 | | $56,945.34 | 0 | | $0.00 |

| Total Late Charges Paid to Date: | $0.00 | | |
|---|---|---|---|

#### Fees For Pre-Petition

Row Count = 3

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| ES | ESCROW SHORTAGE | $908.81 | $908.81 | $0.00 |
| BC | BK ATTY COST | $2,765.23 | $2,765.23 | $0.00 |
| 11 | LATE CHARGES | $54.37 | $54.37 | $0.00 |
| Fee Totals: | | $3,728.41 | $3,728.41 | $0.00 |

## Post-Petition Claim 1

### Post-Petition Claim 1

No Data Available

#### Payment Schedule For Post-Petition 1

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

#### Fees For Post-Petition 1

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |

## Post-Petition Claim 2

### Post-Petition Claim 2

No Data Available

#### Payment Schedule For Post-Petition 2

Row Count = 0

| Sequence Number | From Date | To Date | Payment Amount | Payment Subtotal Amount | Number of Late Charges Due this Period | Late Charge Amount | Late Charge Subtotal Amount |
|---|---|---|---|---|---|---|---|
| No Data Available | | | | | | | |
| No Data Available | | | | | | | |

#### Fees For Post-Petition 2

Row Count = 0

| Fee Type | Fee Description | Claimed Amount | Confirmed Amount | Total Paid Amount |
|---|---|---|---|---|
| No Data Available | | | | |