# United States Bankruptcy Court
## Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-10405-DJB |
|     Angela N. Griffin, | Chapter 13 |
|         Debtor. | |

**Certificate of Service**

I, Michael A. Cibik, certify that on March 24, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- First Amended Chapter 13 Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated on the attached mailing exhibit.

Date: March 24, 2026

/s/ Michael A. Cibik
Michael A. Cibik (#23110)
Cibik Law, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102
215-735-1060
mail@cibiklaw.com

**U.S. Trustee**
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

**Kenneth E. West**
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**U.S.BANK TRUST NATIONAL ASSOCIATION,
NOT IN ITS INDIVIDUAL CAPACITY BUT
SOLELY AS OWNER TRUSTEE FOR RCF 2
ACQUISITION TRUST**
c/o Robertson, Anschutz, Schneid, Crane &
Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004

**Method of Service: First Class Mail**

**Capital One**
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

**Credit Collection Services**
Attn: Bankruptcy
725 Canton St
Norwood, MA 02062

**Internal Revenue Service**
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

**LVNV Funding, LLC**
Attn: Bankruptcy
6801 S Cimarron Rd Ste 424-J
Las Vegas, NV 89113-2273

**PECO Energy Company**
2301 Market St
Philadelphia, PA 19103-1338

**Pennsylvania Department of Revenue**
Bankruptcy Division
1 Revenue Pl
Harrisburg, PA 17129-0001

**PGW**
Legal - Bankruptcy Unit
800 W Montgomery Ave Fl 3
Philadelphia, PA 19122-2806

**Philadelphia Parking Authority**
Bankruptcy Department
701 Market St
Philadelphia, PA 19106-1538

**U.S. Department of the Treasury**
Attn: Bankruptcy
1500 Pennsylvania Avenue, NW
Washington, DC 20220

**US Depart of Housing & Urban Development**
Attn: Bankruptcy
100 E Penn Sq Fl 11
Philadelphia, PA 19107-3325

**Water Revenue Bureau**
c/o Pamela Elchert Thurmond
Tax Lit & Collections Unit
1401 John F Kennedy Blvd Fl 5
Philadelphia, PA 19102-1617