# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Angela N. Griffin**<br><br>    **Debtor**<br><br>**U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST**<br><br>    **Movant**<br><br>**v.**<br><br>**Angela N. Griffin**<br><br>    **Debtor/Respondent**<br><br>**KENNETH E. WEST, Esquire**<br><br>    **Trustee/Respondent** | **Bankruptcy No. 26-10405-djb**<br><br>**Chapter 13**<br><br>**Hearing Date: May 21, 2026**<br>**Hearing Time: 11:00 A.M.**<br>**Hearing Location:900 Market Street, Suite 201 Philadelphia, PA 19107**<br>**Courtroom Number #2** |

### CERTIFICATE OF SERVICE OF MOTION OF  U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION

I, Michelle L. McGowan, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on April 24, 2026, I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

**Debtor**
Angela N. Griffin
31 Westview St
Philadelphia, PA 19119-2628

**Debtor's Attorney**

26-10405-djb
22-051066
MFR

MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

**Trustee**
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

**U.S. Trustee**
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: 4/24/2026

      **Robertson, Anschutz, Schneid, Crane
      & Partners, PLLC**
      Attorney for Movant
      13010 Morris Rd., Suite 450
      Alpharetta, GA 30004
      Telephone: 470-321-7112
      By: /s/ Michelle L. McGowan
      Michelle L. McGowan
      Email: mimcgowan@raslg.com