United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 26-10405-djb

Angela N. Griffin                                                               Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                        User: admin                        Page 1 of 3

Date Rcvd: Jun 18, 2026                     Form ID: pdf900                     Total Noticed: 22

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Angela N. Griffin, 31 Westview St, Philadelphia, PA 19119-2628 |
| 15099743 | + | U.S. Department of the Treasury, Attn: Bankruptcy, 1500 Pennsylvania Avenue, NW, Washington, DC 20220-0002 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 01:00:57 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O Box 10587, Greenville, SC 29603-0587 |
| 15099745 | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | Water Revenue Bureau, c/o Pamela Elchert Thurmond, Tax Lit & Collections Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15099734 | | Email/Text: megan.harper@phila.gov | Jun 19 2026 00:57:00 | City of Philadelphia, Law Tax and Revenue Unit, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102 |
| 15099733 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:00:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15102866 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 19 2026 01:01:10 | Capital One N.A. by AIS InfoSource LP as agent, PO Box 71083, Charlotte NC 28272-1083 |
| 15102640 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 19 2026 01:01:11 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15099735 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 19 2026 00:57:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 15099736 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 19 2026 00:57:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15099737 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 19 2026 01:00:57 | LVNV Funding LLC, Attn: Bankruptcy, 6801 S Cimarron Rd Ste 424-J, Las Vegas, NV 89113-2273 |
| 15103681 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 19 2026 01:01:05 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15127110 | | Email/PDF: bncnotices@becket-lee.com | Jun 19 2026 01:00:56 | Main Street Acquisition Corp., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

| | | | | |
|---|---|---|---|---|
| 15099738 | + | Email/Text: bankruptcygroup@peco-energy.com | Jun 19 2026 00:57:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15099740 | ^ | MEBN | Jun 19 2026 00:53:02 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15099739 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 19 2026 00:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15099741 | | Email/Text: bankruptcy@philapark.org | Jun 19 2026 00:57:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15099742 | | Email/Text: bkteam@selenefinance.com | Jun 19 2026 00:57:00 | Selene Finance LP, 9990 Richmond, Houston, TX 77042-4559 |
| 15127866 | + | Email/Text: bkteam@selenefinance.com | Jun 19 2026 00:57:00 | U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS I, Selene Finance LP, 3501 Olympus Blvd, Suite 500, Dallas, TX 75019-6295 |
| 15099744 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Jun 19 2026 01:01:03 | US Depart of Housing & Urban Development, Attn: Bankruptcy, 100 E Penn Sq Fl 11, Philadelphia, PA 19107-3325 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JORDAN MATTHEW KATZ | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST jkatz@raslg.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MICHAEL A. CIBIK | on behalf of Debtor Angela N. Griffin help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST mimcgowan@raslg.com |

District/off: 0313-2                             User: admin                                      Page 3 of 3
Date Rcvd: Jun 18, 2026                          Form ID: pdf900                                  Total Noticed: 22

MICHELLE L. MCGOWAN
                        on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor U.S. Bank Trust National Association rshearer@raslg.com

ROBERT BRIAN SHEARER
                        on behalf of Creditor U.S. BANK TRUST NATIONAL ASSOCIATION  NOT IN ITS INDIVIDUAL CAPACITY BUT
                        SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST rshearer@raslg.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                                Chapter 13
         ANGELA N. GRIFFIN
                                                       Bankruptcy No. 26-10405-DJB


                    Debtor

## ORDER

    **AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

    **IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.


**Date: June 18, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge