**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>Angela N. Griffin<br><br>Debtor<br><br>U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST<br><br>Movant<br><br>v.<br><br>Angela N. Griffin<br><br>Debtor/Respondent<br><br>KENNETH E. WEST, Esquire<br><br>Trustee/Respondent | Bankruptcy No. 26-10405-djb<br><br>Chapter 13<br><br>Doc. No. 20 |

**<u>ORDER GRANTING REQUEST TO RESTRICT ACCESS AND ALLOW REDACTION OF INFORMATION</u>**

U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Movant"), filed a Motion to Restrict Access and Allow for Redaction of Information on September 23, 2026 (D.E. 33), and after consideration of the same it is hereby:

**ORDERED**, that the Motion is GRANTED; and it is further

**ORDERED**, that Movant is authorized and instructed to file amended versions of the documents identified in the Motion with the personal identifiers redacted; and it is further

**ORDERED**, that the Clerk of the Court is directed to restrict public access to the originally filed documents identified in the Motion in order to keep the personal data identifiers confidential disclosed in the original documents.

Date: **September 24, 2026**

The Honorable Derek J Baker
U.S. Bankruptcy Judge

Debtor
Angela N. Griffin
31 Westview St
Philadelphia, PA 19119-2628

Debtor's Attorney
MICHAEL A. CIBIK
Cibik Law, P.C.
1500 Walnut Street
Suite 900
Philadelphia, PA 19102

Trustee
KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
190 N. Independence Mall West
Suite 701
Philadelphia, PA 19106

U.S. Trustee
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107